**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6458**

CASEY RAFAEL TYLER,

        Plaintiff - Appellant,

      v.

KATY POOLE, Individual and official capacity; WILLIAM BULLARD, Individual and official capacity; RONALD COVINGTON, Captain, Individual capacity; CAROL TORES, Captain, Individual capacity; JERRY INGRAM, JR., Unit Manager, Individual capacity; THORNE LOCKLEAR, Correctional officer, Individual capacity,

        Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. William L. Osteen, Jr., District Judge. (1:17-cv-01142-WO-JLW)

Submitted: September 22, 2020          Decided: September 25, 2020

Before NIEMEYER, KEENAN, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Casey Rafael Tyler, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Casey Rafael Tyler seeks to appeal the district court's order adopting the magistrate judge's recommendation and granting in part and denying in part his motion for summary judgment. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Tyler seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*